| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Taylor_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 3/13/07 |
| 1. Article Addressed to:<br><br>c/o Billy Mitchem<br>Limestone Correctional Facility<br>28779 Nick Davis Road<br>Harvest, AL  35749<br><br>Cmp & 08 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3:07cv186-MEF<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 8193 0272 |
| PS Form 3811, February 2004 | Domestic Return Receipt                102595-02-M-1540 |