| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Taylor* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3/13/07 |
| 1. Article Addressed to:<br><br>c/o Billy Mitchem<br>Limestone Correctional Facility<br>28779 Nick Davis Road<br>Harvest, AL 35749<br><br>Cmp ¾ 08 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:07cv186-MEF<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 8193 0272 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540