IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROSCOE LOUIS HOLLOWAY, #154358 | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 3:07-CV-186-MEF (WO) |
| BILLY MITCHEM, WARDEN, *et al.*, | ) ) | |
| Respondents. | ) | |

### REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND

Come now Respondent in the above-styled cause and request fourteen days in which to respond to this Court's Order. The undersigned has been involved in other work in the appellate courts, the circuit courts, and the federal district courts and therefore, has had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons Respondent prays that this Honorable Court grant its request for fourteen days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

         Respectfully submitted,

         Troy King, ASB #KIN047
         *Attorney General*
         By-

         s/Jean-Paul M. Chappell (CHA073)
         Jean-Paul M. Chappell (CHA073)
         Office of the Attorney General
         Alabama State House
         11 South Union
         Montgomery, Alabama 36130-0152
         Telephone: (334) 242-7300
         Fax: (334) 242-2848
         E-Mail: jchappell@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Roscoe Louis Holloway, AIS# 154358, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL  35749-7009</u>.

                                        Respectfully submitted,

                                        s/Jean-Paul M. Chappell (CHA073)
                                        Jean-Paul M. Chappell (CHA073)
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union
                                        Montgomery, Alabama  36130-0152
                                        Telephone: (334) 242-7300
                                        Fax: (334) 242-2848
                                        E-Mail: jchappell@ago.state.al.us

252761/106184-001