IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROSCOE LOUIS HALLOWAY,       *
#154 358
    Petitioner,                           *

    v.                                           *    3:07-CV-186-MEF

BILLY MITCHEM, WARDEN, *et al.*,       *

    Respondents.                      *

_____

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on April 2, 2007. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 5), is GRANTED; and

2. Respondents are GRANTED an extension from April 2, 2007 to April 16, 2007 to file their answer.

                                                        /s/ Susan Russ Walker
                                                        SUSAN RUSS WALKER
                                                        UNITED STATES MAGISTRATE JUDGE