RECEIVED

IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 APR 9  A 10: 29

DEBRA P. HACKET ...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ROSCOE LOUIS HOLLOWAY #154358    )
                                )
            Petitioner          )
                                )
                                )    3:07-CV-186-MEF
VS.                             )
                                )
                                )
BILLY MITCHEM,WARDEN,et.al,     )
                                )
            Respondents         )

PETITIONER's OBJECTION  TO
THE RESPONDENTS REQUEST FOR
ADDITIONAL TIME TO RESPOND

    Comes now the petitioner,Roscoe Louis Holloway,and here by submit
this objection to the respondents request for additional time to respond
as the petitioner's  28 u.s.c § 2254 petition that is before this court
challenges his present confinement under the conviction of robbery 3rd
degree,and the respondent is thus showing no concern for whether petit-
ioner's confinement is further aggrevated,and delay by their lack of
concern to the matter at hand.This court strictly ordered them to answer
by April 2nd 2007 ,and that order was not followed but abriged by their
seeking additional time.I fully object,and pray that this court will deny
their request,and follow appropriate measure to ensure that the petitioner
is not made to suffer undue delay in his efforts at being from this con-
viction,and sentence which has been raised on Habeas Corpus Petition.

Roscoe Louis Holloway #154358
Limestone C.F.
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing "objection"has been provided to the parties listed here in on this  6  day of April        2007 by placing a copy of the same in the U.S. mail,postage paid.

Roscoe Louis Holloway #154358

CC:
   Attorney General Of Alabama
   office of Attorney General
   Alabama State House 11
South Union Street
   Montgomery,Alabama 36130-0152

            &

   Warden Billy Mitchem
   Limestone C.F.
   28779 Nick Davis Road
   Harvest, Alabama

Ais#154358-K-Dorm
Roscoe Louis Holloway
Limestone C.F.
28779 Nick Davis Road
Harvest,Alabama 35749

36101+0711



HUNTSVILLE / HVS
AL 358 1 T
05 APR 2007 PM

To:The Office Of The Clerk
P.O Box 711
Montgomery,Alabama 36101