IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSCOE LOUIS HOLLOWAY, #154 358 | * |
| Petitioner, | * |
| v. | *    3:07-CV-186-MEF |
| BILLY MITCHEM, WARDEN, *et al.*, | * |
| Respondents. | * |

**ORDER ON MOTION**

Upon consideration of Petitioner's objection to Respondents' April 2, 2007 Motion for Extension of Time, construed as a Motion to Strike Respondents' request for additional time to file an answer to the instant petition, and in light of the court's April 2, 2007 order granting Respondents' motion, it is

ORDERED that Petitioner's motion to strike (Doc. No. 7) be and is hereby DENIED as moot.

DONE, this 11th day of April 2007.

  /s/  Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE