IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ROSCOE LOUIS HOLLOWAY, #154 358 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-186-MEF |
| BILLY MITCHEM, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

## ORDER ON MOTION

Upon consideration of Petitioner's motion to supplement the record, construed as a motion to expand the record under Rule 7, *Rules Governing Section 2254 Cases in the United States District Courts*, it is

ORDERED that the motion (*Doc. No. 12*) be and is hereby GRANTED.

It is further

ORDERED that on or before May 23, 2008 Respondents file a copy of Petitioner's guilty plea transcript.

DONE, this 2nd day of May 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE