IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ROSCOE LOUIS HOLLOWAY, #154 358 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-186-MEF |
| BILLY MITCHEM, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion to compel, and in light of the court's order granting Respondents additional time to comply with the court's order to file a copy of the Petitioner's guilty plea transcript, it is

ORDERED that Petitioner's motion (*Doc. No. 14*) be and is hereby DENIED.

DONE, this 9th day of June 2008.

   /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE