IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ROSCOE LOUIS HOLLOWAY, #154 358 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-186-MEF |
| BILLY MITCHEM, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' motion for extension of time, and for good cause, it is ORDERED that:

1. Respondents' motion (*Doc. No. 15*) is GRANTED; and

2. Respondents are GRANTED an extension from May 23, 2008 to and including June 30, 2008 to comply with the court's May 2, 2008 order.

DONE, this 9th day of June 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE