IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROSCOE LEWIS HOLLOWAY,

    Petitioner,

Vs.                                            Case No.: 3:07-cv-186-MEF

BILLY MITCHEM, et al.,                *

    Respondents.                         *

### MOTION IN REQUEST OF SERVICE OF RECENT COURT ORDER

**COMES NOW**, the Petitioner Roscoe Lewis Holloway, ("Petitioner") in proper person "Pro Se," request that the Court direct the appropriate party to serve Petitioner with a copy of the court's order entered on 6/9/08. In support of this request, Petitioner states as follows:

1. The Attorney General filed a motion requesting an enlargement of time to comply with court's order to provide Petitioner and the court with a true copy of the state court guilty plea proceeding.

2. The Petitioner has learned that an order was entered granting the Respondents an enlargement of time to and before 6/30/08 to comply.

3. However, Petitioner did not receive a copy of the court's order and submitted a written request to the Clerk of court inquiring of the status, which was answered.

4. Petitioner, for his record keeping request that the court direct the appropriate person(s) to forward to him a copy of the court's order entered on 6/9/08.

WHEREFORE, premises considered, may the court be mindful, Petitioner is a prisoner in the department of corrections, and mail problems will come and go.

This 20th Day June 2008.

*Roscoe L. Holloway*
Roscoe Lewis Holloway, 154358
L.F.C. 28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served a true copy of the foregoing upon the Alabama Attorney General by placing same into the U.S. Mail Box, properly addressed postge prepaid and mailing on the 23rd Day of June 2008.

*Roscoe L. Holloway*
Roscoe Lewis Holloway

Roscoe Lewis Holloway 154358
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

This correspondence is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.



Debra P. Hackett
Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711