IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSCOE LOUIS HOLLOWAY, )<br>#154358 )<br> )<br>    Petitioner, )<br>vs. )<br> )<br>BILLY MITCHEM, WARDEN, *et al.*, )<br> )<br>    Respondents. ) | 3:07-CV-186-MEF |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Billy Mitchem, Respondents in the above-named cause, and pursuant to this Court's notice issued on June 16, 2008, make the following disclosure regarding potential conflicts of interest:

1. Neither Troy King or Billy Mitchem, have any known affiliations that would create a "professional or financial conflict" for Magistrate Judge Susan Russ Walker or District Court Judge Mark E. Fuller, the judges assigned to this case.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/Jean-Paul M. Chappell
Jean-Paul M. Chappell
*Assistant Attorney General*
#CHA073

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>26th</u> day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Roscoe Holloway, AIS #154358, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama  35749</u>.

        Respectfully submitted,

        /s/Jean-Paul M. Chappell (CHA073)
        Jean-Paul M. Chappell (CHA073)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: jchappell@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

658846/106184-001