IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROSCOE LOUIS HOLLOWAY,          )
AIS #154358,                    )
                                )
          Petitioner,           )
vs.                             )          3:07-CV-186-MEF
                                )
BILLY MITCHEM, WARDEN, *et al.*,)
                                )
          Respondents.          )

## SUBMISSION OF EXHIBIT

Come now the Respondents, pursuant to this Court's order on May 2, 2008, and submit a copy of Holloway's guilty plea transcript that also includes the transcript of the hearing from December 12, 2005, on his request to have his sentence split.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/Jean-Paul M. Chappell
Jean-Paul M. Chappell
*Assistant Attorney General*
#CHA073

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>26th</u> day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Roscoe Holloway, AIS #154358, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama  35749</u>.

Respectfully submitted,

<u>/s/Jean-Paul M. Chappell (CHA073)</u>
Jean-Paul M. Chappell (CHA073)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jchappell@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

657372/106184-001

1                          IN THE CIRCUIT COURT
                        FIFTH JUDICIAL CIRCUIT
2                           RANDOLPH COUNTY

3

STATE OF ALABAMA                        *
4        Plaintiff,                     *
                                        *    CRIMINAL NO
5    Versus                             *    CC-2005-132
                                        *    Wedowee, AL
6    ROSCOE   HOLLOWAY,                 *    6 October 2005
         Defendant.                     *    12 December 2005
7    ********************************************************

8           TRANSCRIPT OF GUILTY PLEA AND SENTENCING BEFORE
                   THE HONORABLE RAY D. MARTIN,
9                         CIRCUIT JUDGE

10                       A P P E A R A N C E S

11   For the Plaintiff:        E. PAUL JONES, DISTRICT ATTORNEY
                               FIFTH JUDICIAL CIRCUIT
12                             CHAMBERS COUNTY COURTHOUSE
                               LaFAYETTE, AL 36862
13
                               BY: AMY NEWSOME, ADA
14

15

16   For the Defendant:        T. OLIVER KITCHENS, ESQUIRE
                               ATTORNEY AT LAW
17                             POST OFFICE BOX486
                               ROANOKE, AL 36274-0468
18

19

20

21                             FRANCES L. ROARK, CSR-178
                               OFFICIAL COURT REPORTER
22                             FR5W397 & FR5W445

23

24

25

```
 1                         INDEX

 2   GUILTY PLEA                                      3

 3   SENTENCING                                      13

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<pre>
 1                        GUILTY PLEA

 2   PROCEEDINGS:

 3          THE COURT:  Now, first of all I have already called

 4   the names of those who are to enter pleas of guilty and I

 5   have noted those on the docket.

 6              I understand that each of you desire to change

 7   your pleas of not guilty, to pleas of guilty.  Before I

 8   accept your pleas, it is my duty to inform you of certain

 9   constitutional rights that you will waive or give up if you

10   plead guilty.  It is also necessary that I determine that you

11   understand the nature of the charge or charges against you,

12   the consequences of your pleas of guilty, that your pleas are

13   voluntarily and intelligently made, and that there is a

14   factual basis for each plea.

15              Each of you have previously been informed by

16   me in writing of all your constitutional rights and you have

17   responded in writing that you have read them or had them read

18   to you by your attorney and that you understand those

19   rights.

20              If you plead guilty or are found guilty by a

21   jury the law provides punishment in the penitentiary of the

22   State of Alabama and the following is a range of punishment

23   that apply to the different felony offenses.

24              For a class C felony with no prior felony

25   conviction the range of punishment is from one year and one
</pre>

1   day to 10 years in the state penitentiary and a fine of up to

2   $5000. For a class C felony with one prior conviction, the

3   range of punishment is from 2 to 20 years and a fine of up to

4   $10,000.   For a class C felony with two prior felony

5   convictions the range of punishment is 10 years to 99 years

6   or life and a fine of up to $20,000.   For three or more prior

7   felony convictions followed by a class C felony, the range of

8   punishment is from 15 years to 99 years or life and a fine of

9   up to $20,000.

10           For a class B felony with no prior felony

11  convictions, the range of punishment is from 2 to 20 years in

12  the penitentiary and a fine of up to $20,000.   For a class B

13  felony with one prior felony conviction, the range of

14  punishment is from 10 years to 99 years or life and a fine of

15  up to $20,000.   For a class B felony with two prior felony

16  convictions the range of punishment is from 15 years to 99

17  years or life and a fine up to $20,000.   For a class B felony

18  with three or more felony convictions, the sentence is

19  mandatory imprisonment for life or any term not less than 20

20  years and a fine of up to $20,000.

21           For a class A felony with no prior felony

22  convictions the range of punishment is from 10 years to 99

23  years or life and a fine of up to $20,000.   For a class A

24  felony with one prior felony conviction, the range of

25  punishment is from 15 years to 99 years or life and a fine of

up to $20,000.  For a class A felony with two prior felony
convictions the range of punishment is for life or any term
not less than 99 years and a fine of up to $20,000.  For a
class A felony with three prior felony convictions, but with
no prior felony conviction for a class A felony, there's a
sentence of mandatory imprisonment for life or life without
parole and fine of up to $20,000 at the discretion of the
trial judge.  For a class A felony where you have three or
more prior felony convictions any one or more of which is
itself a class A felony, there is a mandatory imprisonment
for life without the possibility of parole and a fine of up
to $20,000.

In addition to any disposition and fine
authorized by law in connection with offenses involving the
sale or possession of marijuana or a controlled substance or
the attempt to commit, conspiracy to commit, or solicitation
to commit a controlled substance crime, every person shall be
assessed an additional penalty of $1,000 for first offenders
and $2,000 for second and subsequent offenders.

The law also provides that in addition to any
sentence imposed upon any person convicted of an unlawful
sale of a controlled substance, there is a penalty of five
years imprisonment with no provision for probation if the
unlawful sale was on or within a three mile radius of a
school or housing authority property.

1    The law also provides for enhancements of

2    sentence under certain circumstances.  If a firearm or deadly

3    weapon was used or attempted to be used.  For example, the

4    term of imprisonment for a class A felony is not less than 20

5    years and for a class B or C felony, the term of imprisonment

6    is not less than 10 years.

7    If you plead guilty, I will set the punishment

8    within the limits prescribed by law and as outlined in the

9    plea agreement signed by you, your attorney and the

10   prosecutor.

11   Sentences in Alabama can either run

12   concurrently or consecutively.  If they run consecutively,

13   you must finish one sentence before you begin service of the

14   next.  If they run concurrently, you can serve more than one

15   sentence at the same time.  For example, two 10-year

16   sentences running consecutively would in legal effect be one

17   20-year sentence; two 10-year sentences running concurrently

18   in legal effect would be one 10-year sentence.

19   You have the right to plead not guilty, not

20   guilty by reason of mental disease or defect or both and you

21   have the right to persist in any such plea that has already

22   been made.

23   Under our law you have the right or privilege

24   against self incrimination.  That is you have the right to

25   remain silent and you may not be forced or compelled to give

1  testimony or evidence against yourself.  The burden of proof

2  is on the State to prove beyond a reasonable doubt that you

3  are guilty and the State cannot even comment on your failure

4  to testify.  By pleading guilty you waive or give up the

5  right to remain silent.

6         You have the right to a public jury trial.  In

7  a jury trial a jury of 12 persons would determine your guilt

8  or innocence.  By pleading guilty you waive or give up the

9  right to a jury trial.

10         You have the right to confront the witnesses

11  against you and have your attorney cross-examine them.  By

12  pleading guilty you waive or give up the right to confront

13  the witnesses against you.

14         You have the right to testify and to present

15  evidence on your own behalf.  By pleading guilty you waive or

16  give up the right to testify and the right to present

17  evidence on your own behalf.

18         You have the right to the aid of compuslory

19  process in securing the attendance of witnesses.  That is you

20  have the right to subpoena those persons who you feel would

21  be necessary witnesses in the trial of your case.  If those

22  persons fail to appear after having been subpoenaed I would

23  issue process whereby they would be located and brought

24  before the Court to testify for you at trial.  By pleading

25  guilty you waive or give up the right to subpoena witnesses.

1      If I accept your guilty pleas there will be no
2  further trial on the issue of your guilt or innocence and
3  there will be no appeal from the conviction based upon your
4  plea of guilty.

5      There can be no promise made in order to get
6  you to plea guilty other than the plea agreement reached
7  between you, your attorney and the prosecutor.  There can be
8  no threats, force or coercion used against you in order to
9  get you to plead guilty.

10      When I refer to the plea agreement that means
11  that particular written document that contains all the terms
12  and conditions of the negotiated plea agreement entered
13  between you, your attorney and the prosecutor.

14      All fines, costs and assessments including
15  courts costs, fines, reimbursement of attorneys fees to the
16  State, payment to the County for any medical expenses
17  incurred while in custody, and all other legal assessments
18  contained in that plea agreement.  These cost assessments and
19  fines will be incorporated into the final order that carries
20  and terms and conditions of your plea of guilty and your
21  conviction based upon that plea.

22      One other thing that does apply as well is
23  that you are subject to being required to do some amount of
24  the community service work.  As a general rule of thumb, if
25  you plea to a misdemeanor that would be 30 days or less; if

1    you have a felony conviction that can be from 30 to 60 days.

2    There are different factors that would be considered on

3    community service, but I am going ahead and putting everyone

4    on notice of that as a potential additional condition on your

5    sentence.

6                    The hearings on all probation issues,

7    sentencing issues, and if necessary restitution issues will

8    be set for 9:00, Monday, December 12.

9                              *****

10            THE COURT:  *State versus Roscoe Holloway.*

11                    Mr. Holloway, you are charged with robbery

12   third degree a class C felony.  Do you understand that

13   charge?

14            THE DEFENDANT:  Yes, sir.

15            THE COURT:  Do you understand the range of

16   punishment?

17            THE DEFENDANT:  Yes, sir.

18            THE COURT:  Do you understand the difference in

19   concurrent and consecutive sentences?

20            THE DEFENDANT:  Yes, sir.

21            THE COURT:  Mr. Kitchens, you are the attorney for

22   this defendant, did you thoroughly explain to him his

23   constitutional rights and discuss with him the facts of the

24   case?

25            MR. KITCHENS:  Yes, sir.

```
 1              THE COURT:  Likewise, Mr. Holloway, did you tell
 2   your attorney all the facts of the case and discuss your
 3   constitutional rights with him?
 4              THE DEFENDANT:  Yes, sir.
 5              THE COURT:  Did you hear and understand each of the
 6   rights I explained to you earlier?
 7              THE DEFENDANT:  Yes, sir.
 8              THE COURT:  Do you waive and give up each of those
 9   rights?
10              THE DEFENDANT:  Yes, sir.
11              THE COURT:  Has there been any threat, force or
12   coercion used against you to get you to plead guilty?
13              THE DEFENDANT:  No, sir.
14              THE COURT:  Has any promise been made to you to get
15   you to plead guilty other than the plea agreement?
16              THE DEFENDANT:  No, sir.
17              THE COURT:  Are you guilty as charged?
18              THE DEFENDANT:  Yes, sir.
19              THE COURT:  Tell me briefly what you did that led
20   to this charge.
21              THE DEFENDANT:  I took money from the Trading Post.
22              THE COURT:  Trading Post?  Was that from a person
23   present?
24              THE DEFENDANT:  I accidently bumped the woman.
25              MR. KITCHENS:  He said he accidently bumped the
```

1  woman that owned it.  Shirley Falco.  He took the money from

2  her and she tried to stop him and he bumped her with the car.

3          MS. NEWSOME:  He bumped her with the car as he was

4  leaving.

5          THE COURT:  Do you concur in his plea of guilty?

6          MR. KITCHENS:  Yes, sir.

7          THE COURT:  It is the judgment of the Court that

8  your plea of guilty is intelligently and understandingly

9  made, that the plea is voluntary and that there are facts to

10 support your plea.  I, therefore, allow you to withdraw your

11 plea of not guilty, I do accept your plea of guilty, and I

12 find you guilty of robbery third degree a class C felony as

13 charged in the indictment.  Do you have anything to say

14 before the Court passes sentence?

15         MR. KITCHENS:  Judge, he's applying for a split.

16         THE COURT:  I note on the plea agreement there are

17 six prior felony convictions; correct?

18         MR. KITCHENS:  Yes, sir.

19         THE COURT:  Is that right?

20         THE DEFENDANT:  Yes, sir.

21         MR. KITCHENS:  That's what they say they can prove.

22         THE DEFENDANT:  That is right.

23         MR. KITCHENS:  I have not gone back to see if there

24 are more or less.

25         THE COURT:  After so far, you want to stop looking.

1            MR. KITCHENS:  Yes, sir.

2            THE COURT:  It is the judgment and sentence of the

3    Court that you be, and hereby are, sentenced to the

4    penitentiary of the State of Alabama for a term of 15 years.

5    That would run concurrent with any other sentence.  The

6    application for split sentence just made by Mr. Kitchens is

7    set for December 12.

8            THE DEFENDANT:  Okay.

9            THE COURT:  All fines, costs and assessments that

10   are included in the plea agreement will become part of the

11   order.  There also is the possibility of community service.

12   In this case, as a felony, it would be 30 to 60 days of

13   community service.  I understand that it is a 15-year

14   sentence and I understand you are making application for

15   split sentence, and I will consider it on that day.  That's

16   it.

17   (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED)

18                              *****

19

20

21

22

23

24

25

```
 1                        SENTENCING

 2   PROCEEDINGS:

 3          THE COURT:  State versus Roscoe Holloway.  There's

 4   been an application made for split sentence in this case; is

 5   that correct?

 6          MR. KITCHENS:  Yes.  Yes, sir.

 7          THE COURT:  All right.  Defense may proceed with

 8   anything they wish to submit in support of that application.

 9          MR. KITCHENS:  Judge, we have asked for a split

10   sentence and as I understand the State has agreed does not

11   oppose that.  The probation officer has stated that he

12   recommends a long-term substance abuse program.  Which,

13   obviously, that could be accomplished through the split

14   sentence.  Mr. Holloway, in essence, committed the crime of

15   shoplifting, but when he left the place, he grazed the

16   proprietor with the -- well, there were no injuries on the

17   person.  And, so, anyway, the touching made it a felony.  His

18   record while somewhat extensive.  If you look at it, eight of

19   those offenses are traffic.  Six were nol'pros'd or

20   dismissed.  One I was able to find a disposition.  That goes

21   back to 1992.  So you start eliminating all of those.  One of

22   them says he was charged with failure to register as a sex

23   offender and then that was nol'pros'd or vice versa.  What

24   I'm trying to get at is, a lot of the offenses on the lines

25   there that are not -- the main thing is his five prior
```

1  felonies.  But most of those were, as the probation officer

2  indicated, property offenses pretty much goes in line with

3  the shoplifting or theft of this money.  He does not appear

4  to be a violent person.  We ask for a split sentence for him

5  to serve not more than two years, Judge.

6           THE COURT:  What says State?

7           MS. NEWSOME:  The State is opposed to him receiving

8  probation.  Part of the plea agreement was we would not

9  oppose a split sentence.  But, Mr. Holloway pled as a

10  habitual offender with five or six priors.  After three it is

11  really superfluous.  And, if the Court is considering a split

12  sentence, we would ask the maximum split on this type of

13  split which would be a three-year split.

14           The only reason it was a robbery third, and

15  this woman was only grazed, is because somebody snatched her

16  out of the way of his oncoming car.

17           THE COURT:  Before the State even said what they

18  just said on the record.  After reviewing this report and the

19  record and history of the defendant, I was going to inform

20  him, Mr. Kitchens, that in the event that I granted a split,

21  it would be three years.

22           MR. KITCHENS:  Yes, sir.

23           THE COURT:  So that's something he may want to ....

24           MR. KITCHENS:  Mr. Holloway, has advised me that if

25  it is more than two years he would rather take the straight

1  sentence and be done with it.

2         THE COURT:  I fully understand.  Application for

3  split sentence denied.

4         MR. KITCHENS:  Good luck.

5  (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED)

6                              *****

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        IN THE CIRCUIT COURT
                       FIFTH JUDICIAL CIRCUIT
 2                         RANDOLPH COUNTY

 3
     STATE OF ALABAMA                    *
 4        Plaintiff,                     *
                                         *   CRIMINAL NO
 5   Versus                              *   CC-2005-132
                                         *   Wedowee, AL
 6   ROSCOE   HOLLOWAY,                  *   6 October 2005
          Defendant.                     *   12 December 2005
 7   *****************************************************

 8
                        C E R T I F I C A T E
 9
     STATE OF ALABAMA    )
10   AT LARGE            )

11        I do hereby certify that the above and foregoing
     transcript of testimony in the matter aforementioned was
12   taken down by me in computerized machine shorthand and
     transcribed under my supervision, and that the foregoing
13   represents a true and correct transcript of the proceedings
     had upon said hearing.
14

15

16                          _____
                            FRANCES L. ROARK, ACCR 58,
17                          OFFICIAL COURT REPORTER, NOTARY PUBLIC
                            STATE OF ALABAMA AT LARGE
18
                            My Commission Expires:  09/25/10.
19

20

21

22

23

24

25
```