IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ROSCOE LOUIS HOLLOWAY, #154 358 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-186-MEF |
| BILLY MITCHEM, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for copy of court order, and for good cause, it is

ORDERED that the motion (*Doc. No. 19*) be and is hereby GRANTED.

The Clerk is DIRECTED to furnish Plaintiff with a copy of Document Number 17.

DONE, this 27th day of June 2008.

　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE