IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROSCOE LOUIS HOLLOWAY
#154358
    Petitioner,

Vs.                              *         Case No.: 3:07-CV-186-MEF

BILLY MITCHEM, WARDEN, *et al.*,   *

    Respondents.                   *

### *MOTION TO COMPEL*

**COMES NOW,** the Petitioner <u>Roscoe Louis Holloway</u>, (hereinafter "Petitioner") in proper person "Pro Se," request that the Court issue an order upon for Respondents to show cause as to why they have disobedient to the Court's order. (***Doc. 17-1***)

In further support Petitioner states as follows:

1.     ***Court Doc. No. 15,*** the Respondents requested an unspecified amount of time in its request for an extension of time to comply with the Court's initial order upon them to produce the state court transcript of the guilty plea.

2.     The Court granted the Respondents from May 23, 2008 to and including June 30, 2008 to comply with the court's May 2, 2008 order, ***Court Doc. No. 17-1.***

1

3.  The Respondents have once again not complied with the Court's May 2, 2008 initial order, and Respondents have not shown cause when it is very simple to contact the court reporter and request she produce the guilty plea transcript. (*Doc. 17*)

**WHEREFORE, *premises considered*,** Petitioner request that the Court issue an Order upon the Respondents to show good cause for their willful disobedience to the Court and grant upon sanctions as the Court deems appropriate.

This 3rd Day July 2008.

*Roscoe Holloway*
Roscoe Louis Holloway, #154358
L.C.F. 28779 Nick Davis Rd.
Harvest, Alabama 35749

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing upon the following:

Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

By placing same into the U.S. Mail properly addressed postage prepaid and mailing on this 7 Day of July 2008.

*Roscoe Holloway*
Roscoe Louis Holloway

2

Roscoe Holloway
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Ala 35749
AIS 154358, I-Dorm



HUNTSVILLE / HVS
AL 358 1 L
07 JUL 2008    PM

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Ala 36101-

36101+0711