IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROSCOE LOUIS HOLLOWAY,        *
#154 358
    Petitioner,                        *

v.                                     *         3:07-CV-186-MEF

BILLY MITCHEM, WARDEN, *et al.*,     *

    Respondents.                  *

_____

**ORDER**

Upon consideration of Petitioner's motion to compel (*Doc. No. 23*), and for good cause, it is

ORDERED that on or before July 21, 2008 Respondents file a response to the motion.

DONE, this 11th day of July 2008.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              CHIEF UNITED STATES MAGISTRATE JUDGE