IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROSCOE LOUIS HOLLOWAY, AIS #154358, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 3:07-CV-186-MEF |
| BILLY MITCHEM, WARDEN, *et al.*, | ) ) ) | |
| Respondents. | ) | |

**RESPONSE TO MOTION TO COMPEL**

Come now the Respondents in the above-styled case, in response to Holloway's motion to compel, filed on July 9, 2008, and respond as follows:

1. Holloway alleges that the Respondents have not complied with the Court's order in furnishing a copy of Holloway's guilty plea transcript to the Court. This is incorrect. The Respondents filed a copy of the transcript with the Court on June 26, 2008, and also mailed a copy to Holloway. (Doc. 21, 21-2)

2. Therefore, this Court should deny Holloway's motion to compel. The Respondents would also point out that Holloway made a similar claim that he

never received a copy of the Court's order granting the Respondents an extension of time to comply with the order for the transcript. (Doc. 19)

    Respectfully submitted,

    Troy King (KIN047)
    *Attorney General*
    By:

    /s/Jean-Paul M. Chappell
    Jean-Paul M. Chappell
    *Assistant Attorney General*
    #CHA073

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Roscoe Holloway, AIS #154358, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama  35749</u>.

        Respectfully submitted,

        /s/Jean-Paul M. Chappell (CHA073)
        Jean-Paul M. Chappell (CHA073)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: jchappell@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

666271/106184-001