IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2008 JUL 17 A 10: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROSCOE LOUIS HOLLOWAY, AIS, #154358, | ) ) ) |
| Petitioner, | ) ) |
| Vs. | ) 3:07-CV-186-MEF ) ) |
| BILLY MITCHEM, WARDEN, et al., | ) |
| Respondents. | |

## MOTION TO COMPEL

**COMES NOW**, Petitioner moves the Court to compel the Attorney General to provide to him a copy of the supposable transcript filed on or about June 26, 2008 as claimed by counsel, **Court Doc. No. 21, 21-2**. In support thereof, petitioner states as follows:

1. Petitioner request that the Court order the Attorney General to produce the Alabama Department of Correction's, Limestone Correctional Facility **Inmate Legal Mail Log** from on or about **June 26, 2008** to present, or any dates the Court deems appropriate which evidence will debunk counsel disingenuous under the guise to state slanderous remarks, attempting to project an appearance on the petitioner as being mendacious. Such is not true. Counsel is not, has not, and it is too easy to simply place a certificate of

service on a documents, and intentionally not serve petitioner attempting to take an advantage over pro se litigant.

2.  In further support, petitioner attest under the penalty of perjury 28 U.S.C. 1746 that he has not, ever once, again, been served with counsel's pleading or this mysterious trial transcript.

3.  If counsel has, filed this trial transcript petitioner is entitled to a true accurate copy under the Federal Rules of the Court.

**WHEREFORE**, because a Compel is pending, petitioner cannot ascertain what pleadings counsel has filed, because once again he has not served petitioner with a copy actually demonstrating a fraud upon the court stating a certificate of service, knowing intentionally that he is not, has not served petitioner with a true copy of his pleading. I swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746.

Done this 14th Day July 2008.

*Roscoe Holloway* (signature)
Roscoe Holloway AIS# 154358
L.C.F. 28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing upon the following:

Attorney General Office
11 South Union Street
Montgomery Alabama 365130

By placing same into a sealed envelope properly addressed postage prepaid and mailing by U.S. Mail First Class on this 15 Day of July 2008.

*Roscoe Holloway*
Roscoe Holloway

Ais#154358-T-Dorm
Roscoe Holloway
Limestone C.F.
28779 Nick Davis Road
Harvest, Alabama 35749

This correspondence is forwarded from HVS an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office Of The Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama 36101-0711