IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROSCOE LOUIS HELLOWAY,   *
#154 358
    Petitioner,   *

    v.   *   3:07-CV-186-MEF

BILLY MITCHEM, WARDEN, *et al.*,   *

    Respondents.   *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motions to compel, and in light of Respondents' response filed July 11, 2008, it is

ORDERED that the motions (*Doc. Nos. 23, 26*) be and are hereby DENIED.

The Clerk is DIRECTED to furnish Plaintiff with a copy of Document Number 21, including any attachment(s)/exhibit(s).

DONE, this 22nd day of July 2008.

                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      CHIEF UNITED STATES MAGISTRATE JUDGE