IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROSCOE HOLLOWAY, #154358,       )
                                )
          Petitioner,           )
                                )
     v.                         )          CIVIL ACTION NO. 3:07cv186-MEF
                                )
BILL MITCHEM, WARDEN, et al.,   )
                                )
          Respondents.          )

## ORDER

On February 20, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 31).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief filed by Petitioner Roscoe Holloway is DENIED and DISMISSED with prejudice.

Done this the 12th day of March,  2009.


                          _____/s/ Mark E. Fuller_____
                          CHIEF UNITED STATES DISTRICT JUDGE