IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

ROSCOE LEWIS HOLLOWAY, #154358, )
)
    Petitioner, )
v. ) CASE NO. 3:07-cv-0186-MEF
)
BILLY MITCHEM, *et al.,* )
)
    Respondents. )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #36) filed on April 15, 2009 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #31) entered on February 20, 2009 is adopted;

(3) The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

DONE this the 20th day of May, 2009.

                                           /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE